**SEALED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jeffrey Mindock,<br>*Defendant* | CRIMINAL COMPLAINT<br>CASE NUMBER: 23-5579MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

Count One: On or about November 3, 2023, in the District of Arizona and elsewhere, JEFFREY MINDOCK, for the purpose of issuing a threat to injure and kill another person and with knowledge that the communication would be viewed as a threat to injure and kill another person, knowingly transmitted in interstate or foreign commerce a communication containing a true threat to injure and kill another person by stating the following in an email message sent to a local Jewish leader in Scottsdale, Arizona: "I am giving you until midnight tonight to convince your servant, Utah Fifth District Court Judge [judge's last name] (Case # 23150[XXXX]) to drop the charges against me. If you do not use your influence to right this wrong I will execute you and every other JEW I can find tonight at midnight of your Sabbath." in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: Sean K. Lokey, AUSA

Jessica France, Special Agent, FBI
Name of Complainant

*Jessica France*
Signature of Complainant

Sworn to me telephonically and signed
November 3, 2023 at 9:17 p.m.
Date

at   Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

*Deborah M Fine*
Signature of Judicial Officer