AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jeffrey Mindock<br><br>Defendant | Case No. 23-5579MJ |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeffrey Mindock

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Knowingly transmit in interstate or foreign commerce, with intent to threaten, an email message containing a threat to injure and kill a local Jewish leader in Scottsdale, AZ "and every other JEW I can find tonight at midnight ..." in violation of 18 U.S.C. Section 875(c), Interstate Threats.

Date:   11/3/2023 at 9:17 p.m.

*Issuing officer's signature*

City and state:   Phoenix, Arizona

Deborah M. Fine, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11/3/2023, and the person was arrested on *(date)* 11/4/2023
at *(city and state)* TEMPE, AZ.

Date: 11/9/2023

*Arresting officer's signature*

NATHANIEL D. GENA - SeanN Abbott
*Printed name and title*

☐ FILED   ☑ RECEIVED
**NOV 9 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA