GARY M. RESTAINO
United States Attorney
District of Arizona
SEAN LOKEY
Assistant United States Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sean.lokey@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-1584-PHX-SPL (ESW) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 875(c) (Interstate Threats) Counts 1-2 |
| Jeffrey Mindock, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**INTRODUCTION**

At all relevant times:

1. Defendant JEFFREY MINDOCK lived in Tempe, Arizona.

2. VICTIM-1 was a rabbi at a synagogue in Scottdale, Arizona.

3. VICTIM-2 was a judge for the Utah Fifth District Court located in St. George, Utah.

**COUNTS 1-2**

**(Interstate Threats)**

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, JEFFREY MINDOCK, did knowingly transmit in interstate commerce a

knowing, willful, and reckless threat to injure the person of another: to wit, by making email threats using the email address jdjeff@proton.me to injure and kill the individuals listed below:

| **Count** | **Date** | **Statement** |
|---|---|---|
| 1 | November 3, 2023 | To VICTIM-1: If you do not use your influence to right this wrong I will execute you and every other JEW I can find tonight at midnight of your Sabbath. |
| 2 | November 3, 2023 | To VICTIM-2: You have until midnight tonight to drop the charges against me or I will execute you and every other Zionist/Jew I can find. |

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  November 14, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/*
SEAN LOKEY
Assistant U.S. Attorney