TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SEAN K. LOKEY
Assistant United States Attorney
Arizona State Bar No. 033627
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sean.lokey@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jeffrey Mindock,<br>Defendant. | No. CR- 23-01584-PHX-SPL<br>**MOTION TO DISMISS INDICTMENT**<br>**[Unopposed]** |

The United States of America, by and through its attorney undersigned, hereby moves the court for an order pursuant to Fed. R. Crim. P. 48(a), dismissing the Indictment in this matter (ECF # 16) without prejudice.

Defendant Jeffrey Mindock ("Defendant") was indicted on November 14 2023, for making an interstate threatening communications to VICTIM-1 and VICTIM-2, two counts, in violation of 18 U.S.C. § 875(c).

Defendant was arrested on November 4, 2023, made his initial appearance in federal court on November 6, 2023, and has been detained in this matter since that time.

On February 2, 2025, the parties appeared before the Court for a status and trial setting conference in this matter and a firm trial date was set to begin on August 19, 2025.

Prior to and since the date of the status conference, the government has been conducting further investigation in this case, in part in response to certain facts and evidence provided by defense counsel. As a result of these efforts, the government believes

that certain significant pieces its of evidence have been weakened or undercut, including potential testimony of someone the government intended to rely upon as a necessary trial witness, to the point where it believes a dismissal is now in the interests of justice.

As such, the United States now moves in the interests of justice to dismiss the indictment without prejudice. The above-mentioned victims in this case have been notified, and dismissal request discussed with them.

WHEREFORE, based on the foregoing, the United States seeks leave of this Court under Fed. R. Crim. P. 48(a) and respectfully requests that the Indictment be dismissed without prejudice and Defendant be released from federal custody. Counsel for Defendant has been consulted and does not oppose this request.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this March 19, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Sean Lokey*
SEAN K. LOKEY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

AFPD, Mark Rumold

_*s/Zufan Yegezu*_
U.S. Attorney's Office

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, vs. Jeffrey Mindock, Defendant. | No. CR- 23-01584-PHX-SPL **O R D E R** |

Pursuant to the Government's Motion to Dismiss Indictment and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the Indictment against Defendant Jeffrey Mindock, without prejudice.

DATED this _____ day of March 2025.