IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-01584-001-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffrey Mindock, | |
| Defendant. | |

Pursuant to the Government's Motion to Dismiss Indictment (Doc. 51), no objection by the defendant, and good cause appearing,

IT IS ORDERED granting the motion and dismissing the Indictment against Defendant Jeffrey Mindock, without prejudice.

IT IS FURTHER ORDERED releasing defendant from custody as to this case.

No excludable delay shall occur from the entry of this Order.

Dated this 19th day of March, 2025.

Honorable Steven P. Logan
United States District Judge

cc: USMS